UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALANA BROWN, for herself, as a private attorney general, and/or on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LA-Z-BOY INCORPORATED and STITCH INDUSTRIES, INC.,<br><br>Defendants. | Case No. 2:25-cv-02203<br><br>**STIPULATED MOTION & ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>November 7, 2025 |

## STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Dalana Brown ("Plaintiff") and Defendants La-Z-Boy Incorporated and Stitch Industries, Inc., d/b/a Joybird ("Defendants," and, together with Plaintiff, the "Parties") respectfully stipulate and move for an order extending the deadline for Defendants to respond to Plaintiff's Class Action Complaint for Violation of the Consumer Protection Act, RCW 19.86, and the Commercial Electronic Mail Act, RCW 19.190 (the "Complaint") and to establish the below-listed briefing schedule.

1  Plaintiff's Complaint was originally filed in the Superior Court of the State of Washington for the County of King (Case No. 25-2-28541-3 SEA) (the "King County Action").  On November 5, 2025, Defendants filed a Notice of Removal of Plaintiff's King County Action to this Court [Dkt. No. 1].

Defendants' current deadline to respond to Plaintiff's Complaint is November 12, 2025. Defendants anticipate filing a motion to dismiss Plaintiff's Complaint.  The Parties have conferred and agree that additional time is warranted for the briefing schedule for this motion, given Plaintiff's and Defendants' respective counsel's competing obligations and the upcoming holidays.

The Parties jointly request that the Court set the following schedule:

- Deadline for Defendants to Respond to the Complaint: Friday, November 21, 2025.
- Deadline to Respond to Defendants' Responsive Motion: Friday, January 9, 2026.
- Deadline to Reply to Plaintiff's Response to Defendants' Responsive Motion: Friday January 30, 2026.

This request is made in good faith and not for purposes of delay.  This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver of nor otherwise affect any right, defense, claim, or objection.

/ / /

/ / /

/ / /

/ / /

/ / /

SO STIPULATED this 7th day of November, 2025.

| **HATTIS LUKACS & CORRINGTON** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Che Corrington (w/permission)* <br> Daniel M. Hattis, WSBA #50428 <br> Che Corrington, WSBA #54241 <br> Angelina Lin, WSBA #62845 <br> 11711 SE 8th Street, Suite 120 <br> Bellevue, WA 98005 <br> Phone: (425) 233-8650 <br> Email: dan@hattislaw.com <br>        che@hattislaw.com <br>        angelina@hattislaw.com <br><br> *Attorneys for Plaintiff* | By: *s/ Damon C. Elder* <br> Damon C. Elder, WSBA No. 46754 <br> Andrew DeCarlow, WSBA #54471 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: damon.elder@morganlewis.com <br>        andrew.decarlow@morganlewis.com <br><br> Ari Micah Selman (*pro hac vice*) <br> 101 Park Avenue <br> New York, NY 10178 <br> Phone: (212) 309-6000 <br> Email: ari.selman@morganlewis.com <br><br> *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

DATED: November 12, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE