UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALANA BROWN, for herself, as a private attorney general, and/or on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LA-Z-BOY INCORPORATED and STITCH INDUSTRIES, INC.,<br><br>Defendants. | Case No. 2:25-cv-02203-JHC<br><br>**SECOND STIPULATED MOTION & ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: November 18, 2025 |

**STIPULATED MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Dalana Brown ("Plaintiff") and Defendants La-Z-Boy Incorporated and Stitch Industries, Inc., d/b/a Joybird ("Defendants," and, together with Plaintiff, the "Parties") respectfully stipulate and move for a short extension of the deadline for Defendants to respond to Plaintiff's Class Action Complaint for Violation of the Consumer Protection Act, RCW 19.86, and the Commercial Electronic Mail Act, RCW 19.190 (the "Complaint") and to amend the previously stipulated briefing schedule.

SECOND STIPULATED MOTION & ORDER REGARDING
DEADLINE TO RESPOND TO COMPLAINT
AND BRIEFING SCHEDULE - 1
(Case No. 2:25-cv-02203-JHC)

1  Plaintiff's Complaint was originally filed in the Superior Court of the State of Washington for the County of King (Case No. 25-2-28541-3 SEA) (the "King County Action").  On November 5, 2025, Defendants filed a Notice of Removal of Plaintiff's King County Action to this Court [Dkt. No. 1].  On November 7, 2025, the Court entered an Order on the Parties' stipulated breifing schedule for Defendants' to respond to Plaintiffs' Complaint.

Defendants' current stipulated deadline to respond to Plaintiff's Complaint is November 21, 2025.  Defendants anticipate filing a motion to dismiss Plaintiff's Complaint.  The Parties have conferred and agree that additional time is warranted for the Parties to confer regarding the possibility of limiting the scope of Defendants' anticipated motion to dismiss, in an effort to save judicial resources and minimize expense.

The Parties jointly request that the Court enter the following amended schedule:

- Deadline for Defendants to Respond to the Complaint: Monday, December 1, 2025.
- Deadline to Respond to Defendants' Responsive Motion: Monday, January 19, 2026.
- Deadline to Reply to Plaintiff's Response to Defendants' Responsive Motion: Monday, February 9, 2026.

This request is made in good faith and not for purposes of delay.  This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver of nor otherwise affect any right, defense, claim, or objection.

/ / /

/ / /

/ / /

/ / /

SO STIPULATED this 18th day of November, 2025.

| | |
|---|---|
| **HATTIS LUKACS & CORRINGTON** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Daniel M. Hattis (w/permission)*<br>Daniel M. Hattis, WSBA #50428<br>Che Corrington, WSBA #54241<br>Angelina Lin, WSBA #62845<br>11711 SE 8th Street, Suite 120<br>Bellevue, WA 98005<br>Phone: (425) 233-8650<br>Email: dan@hattislaw.com<br>che@hattislaw.com<br>angelina@hattislaw.com<br><br>*Attorneys for Plaintiff* | By: *s/ Kit W. Roth*<br>Kit W. Roth, WSBA #33059<br>Damon C. Elder, WSBA #46754<br>Andrew DeCarlow, WSBA #54471<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: kit.roth@morganlewis.com<br>damon.elder@morganlewis.com<br>andrew.decarlow@morganlewis.com<br><br>Ari Micah Selman (*pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>Phone: (212) 309-6000<br>Email: ari.selman@morganlewis.com<br><br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

DATED: November 19, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

SECOND STIPULATED MOTION & ORDER REGARDING
DEADLINE TO RESPOND TO COMPLAINT
AND BRIEFING SCHEDULE - 4
(Case No. 2:25-cv-02203-JHC)