UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALANA BROWN,

        Plaintiff,

    v.

LA-Z-BOY INCORPORATED; STITCH
INDUSTRIES INC.,

        Defendants.

CASE NO. 2:25-cv-02203-JHC

ORDER

Pursuant to the Court's Order at Dkt. # 24 and the parties' Stipulation to Stay Case at Dkt. # 25, this matter is hereby STAYED pending the Ninth Circuit's resolution of the appeal in *Montes v. Catalyst Brands LLC (Montes II)*, 2025 WL 3485827 (E.D. Wash. Dec. 4, 2025). After such a ruling, the parties are DIRECTED to file a joint status report with this Court within 10 days.

Dated this 3rd day of June, 2026.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1